## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MIRLANDE DINA MICHEL-WIGGINS,

    Plaintiff,

    v.

DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*,

    Defendants.

Civil Action No. 23-3398 (JMC)

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that Defendants' motion to dismiss, ECF 11, is **GRANTED** and the complaint is dismissed without prejudice.

The Clerk of Court shall terminate this case.

This is a final appealable order.

 

JIA M. COBB
United States District Judge

Date: September 23, 2025

1